IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION
:
v. :
:
MICHAEL NIXON : NO. 93-386-4

ORDER

AND NOW, this 28th day of February, 2012, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant for a reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) and 18 U.S.C. § 3553(a) (Doc. No. 443) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.